**FILED**

APR 2 2 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  ALLEN D. BRUFSKY, ESQ.
   abrufsky@cwcip.com
2  CHRISTOPHER & WEISBERG, P.A.
   200 East Las Olas Boulevard, Suite 2040
3  Fort Lauderdale, FL  33301
   Telephone:   954-828-1488
4  Facsimile:   954-828-9122

5  Attorneys for Plaintiff
   F&G RESEARCH, INC.
6
   I. NEEL CHATTERJEE (STATE BAR NO. 173985)
7  nchatterjee@orrick.com
   CYNTHIA A. WICKSTROM (STATE BAR NO. 209320)
8  cwickstrom@orrick.com
   ORRICK, HERRINGTON & SUTCLIFFE LLP
9  1000 Marsh Road
   Menlo Park, CA  94025
10 Telephone:   650-614-7400
   Facsimile:   650-614-7401
11
   Attorneys for Defendant
12 LOGITECH, INC.

13

14              UNITED STATES DISTRICT COURT

15              NORTHERN DISTRICT OF CALIFORNIA

16              SAN FRANCISCO DIVISION

17 F&G RESEARCH, INC.,

18              Plaintiff,                Case No.  CV 04-03326 (MHP)

19      v.                                **DISMISSAL WITH PREJUDICE BY STIPULATION OF PARTIES AND [~~PROPOSED~~] ORDER**

20 LOGITECH, INC.,

21              Defendant.

22

23

24

25

26

27

28

DOCSSV1:402896.1

DISMISSAL WITH PREJUDICE BY STIPULATION OF
PARTIES AND [PROPOSED] ORDER
CASE NO. CV04-03326 PVT

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure and the Settlement Agreement entered into by the parties, plaintiff F&G Research, Inc. ("F&G") and Logitech, Inc. ("Logitech") hereby stipulate to dismiss with prejudice the complaint filed against Logitech.

Dated: April 20, 2005                                              CHRISTOPHER & WEISBERG

                                                                            / s / **Allen D. Brufsky**
                                                                            Allen D. Brufsky
                                                                            Attorneys for Plaintiff
                                                                            F & G RESEARCH, INC.

Dated: April 20, 2005                                              ORRICK, HERRINGTON & SUTCLIFFE LLP

                                                                            / s / **Cynthia A. Wickstrom**
                                                                            Cynthia A. Wickstrom
                                                                            Attorneys for Defendant
                                                                            LOGITECH, INC.

I, Cynthia A. Wickstrom, am the ECF User whose identification and password are being used to file this Joint Stipulation and [Proposed] Order to Dismiss with Prejudice. In compliance with General Order 45.X.B., I hereby attest that Allen D. Brufsky has concurred in this filing.

Dated: April 20, 2005                                              ORRICK, HERRINGTON & SUTCLIFFE LLP

                                                                            / s /
                                                                            Cynthia A. Wickstrom
                                                                            Attorneys for Defendant
                                                                            LOGITECH, INC.

IT IS SO ORDERED.

Dated: April 21, 2005

_____
UNITED STATES DISTRICT JUDGE

DOCSSV1:402896.1                                      -1-          DISMISSAL WITH PREJUDICE BY STIPULATION OF
                                                                            PARTIES AND [PROPOSED] ORDER
                                                                            CASE NO. CV04-03326 PVT